# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:    DONALD PHILLIP GUAY, JR.                                                                  Chapter 13
                                                                                          Case No.: 07-72565-SCS

    Debtor

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| LOYD D MASHALL<br>3512 NOTTAWAY<br>NORFOLK, VA 23512-4022 | $78.08 |

Date: December 09, 2010

/s/ Michael P. Cotter

Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000